**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nicole E. Harrison, an individual, | No. CV-08-2230-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Fair Collections & Outsourcing of New England, Inc., a Maryland corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 54), and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 10th day of January, 2011.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge